**Order entered August 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00680-CV

### JENNIFER OLSON, Appellant

### V.

### NEVRO CORP., Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-03225**

## ORDER

Before the Court is appellee's August 7, 2019 unopposed motion for an extension of time to file its brief on the merits and appellant's response. We **GRANT** the motion and extend the time to **September 9, 2019**. This appeal is proceeding as an accelerated appeal.

/s/     KEN MOLBERG
        JUSTICE